**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**MEGAN M. BOONE**                                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 1:25-cv-108-SA-DAS**

**KROGER LIMITED PARTNERSHIP I**                          **DEFENDANT**

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1.     Plaintiff's First Set of Interrogatories and Request or Production to Defendant(s).

A true and correct copy of this Notice has been served upon the Defendant along with the document. The original pleadings are being retained in the possession of counsel for the Plaintiff.

THIS, the 13th day of December, 2025.

Respectfully submitted,

 /s Nick Norris
 NICK NORRIS (MSB #101574)
Attorney for Plaintiff

OF COUNSEL:
NICK NORRIS, P.A.
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
Telephone: (601) 641-4897
nick@nicknorris.law

**CERTIFICATE OF SERVICE**

I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, the 13th day of December, 2025.

s/Nick Norris
NICK NORRIS